IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID SCHULTZ, individually and on behalf of all others similarly situated;<br><br>**Plaintiff,**<br><br>vs.<br><br>**TD AMERITRADE, INC., and THE CHARLES SCHWAB CORPORATION,**<br><br>**Defendants.** | **8:23CV375**<br><br>**ORDER** |

The above-captioned action was randomly assigned to the undersigned magistrate judge for final disposition. The pending motion to consolidate (Filing No. 11) asks the Court to enter an order consolidating this case with three other related pending actions, two of which are assigned to different judges:

    8:23-cv-00380-MDN, *Keren Jeanfort v. TD Ameritrade, Inc., and The Charles Schwab Corporation*

    8:23-cv-00381-JFB-CRZ, *Fortuno Jeanfort v. TD Ameritrade, Inc.*

    8:23-cv-00385-JFB-CRZ, *Francis Grande v. TD Ameritrade, Inc.*

Unless all parties consent to final disposition by a magistrate judge, the undersigned cannot enter a ruling on the pending motion. If the parties do not so consent, the case will be reassigned to a district judge. Accordingly,

    **IT IS ORDERED**:

1) If the parties consent to final disposition of the case by the undersigned magistrate judge, on or before **October 10, 2023,** they shall complete the "CONSENT TO RANDOM ASSIGNMENT TO MAGISTRATE JUDGE" form located on the court's website at http://www.ned.uscourts.gov/forms/. After all parties have signed this form, e-mail it in .pdf format to clerk@ned.uscourts.gov. Do not electronically file this form or submit it to chambers.

2) In the absence of timely submitting the attached form in accordance with paragraph (1) of this order, the case will be reassigned to a district judge.

2

Dated this 22nd day of September, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge